# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| In re: | |
|---|---|
| **FORMIDABLE, LLC,** | Bankruptcy No. _____ |
| Debtor. | Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NX, LLC<br>3165 E. Millrock Dr., Ste 550<br>Holladay, UT 84121 | N/A | 78.763% | Membership Interest |
| KM-CBM, LLC<br>4275 South Holladay Blvd., Suite 230<br>Salt Lake City, UT 84117 | N/A | 7.335% | Membership Interest |
| Durham Capital, L.L.C.<br>5772 Holladay Blvd.<br>Holladay, UT 84121 | N/A | 6.264% | Membership Interest |
| KOM-CBM, LLC<br>4275 South Holladay Blvd., Suite 230<br>Salt Lake City, UT 84117 | N/A | 2.220% | Membership Interest |
| JK-Gas, LLC<br>4275 South Holladay Blvd., Suite 230<br>Salt Lake City, UT 84117 | N/A | 2.088% | Membership Interest |

| | | | |
|---|---|---|---|
| Wright Ventures, L.C.<br>159 West 300 South, Suite 230<br>Salt Lake City, UT 84101 | N/A | 2.315% | Membership Interest |
| W Exploration, L.L.C.<br>159 West 300 South, Suite 230<br>Salt Lake City, UT 84101 | N/A | 0.793% | Membership Interest |
| Haugen Corporation<br>6474 ByBee Drive<br>Ogden, UT 84403 | N/A | 0.222% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF FORMIDABLE, LLC

I, Jake Harouny, the Manager of Formidable, LLC, the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: August 26, 2009.

/s/ Jake Harouny
Manager
Formidable, LLC